March 27, 2009

Mr. Edward E. Rundell
Gold, Weems, Bruser, Sues & Rundell
P.O. Box 6118
Alexandria, LA 71301
Ms. Kelly Alice Greenwood
Engelhart & Greewood, LLP.
1300 McGowen Street,
Houston, TX 77004

RE: Case Number: 08-0163
 Court of Appeals Number: 14-06-00549-CV
 Trial Court Number: 04-04581

Style: EMMANUEL GINN, A&R TRANSPORT, INC., KEITH JACKSON, STEVE
 BRANTLEY
 v.
 JEFF FORRESTER AND KIM FORRESTER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Theresa |
| |Chang |
| |Mr. Ed Wells |